**VALLEY STEEL PRODUCTS COMPANY**

v.

**Chester N. JOHNSON et al.**

No. 5229.

United States Court of Appeals
Tenth Circuit.

April 27, 1956.

John F. Butler, Oklahoma City, Okl., for appellant.

Duke Duvall, Oklahoma City, Okl., and Al T. Singletary, Perry, Okl., for appellees.

Before HUXMAN, Circuit Judge.

PER CURIAM.

Dismissed pursuant to stipulation of the parties.

**TOM WING PO, by His Next Friend, Tom Kum Woo,**

v.

**John Foster DULLES, as Secretary of State.**

No. 5334.

United States Court of Appeals
Tenth Circuit.

May 22, 1956.

Joseph S. Hertogs, San Francisco, Cal., for appellant.

John F. Raper, Jr., U. S. Atty., Cheyenne, Wyo., for appellee.

Before BRATTON, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Dismissed for failure of appellant diligently to prosecute the same. See also, Tom Wing Co. v. Acheson, 10 Cir., 214 F.2d 661.

**COMMISSIONER OF INTERNAL REVENUE**

v.

**DENVER & SALT LAKE RAILWAY COMPANY.**

No. 5383.

United States Court of Appeals
Tenth Circuit.

May 22, 1956.

Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, and Harry Marselli, Attorneys, Department of Justice, Washington, D. C., and John Potts Barnes, Chief, Internal Revenue Service, Washington, D. C., for petitioner.

Stanley Worth and Jules G. Korner III, Washington, D. C., for respondent.

Before BRATTON, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Dismissed pursuant to stipulation of the parties. 24 T.C. 709.

**David LeRoy LATHMAN**

v.

**UNITED STATES of America.**

No. 5340.

United States Court of Appeals
Tenth Circuit.

May 24, 1956.

Paul W. Cress, U. S. Atty., and H. Dale Cook, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before BRATTON, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Affirmed without opinion.